IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON D. RUBIO,** | CIV S-08-2549 GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including March 4, 2009.

Dated:  January 14, 2009                    /s/ Gregory G. Hollows
                                                              _____
                                                              The Honorable Gregory G. Hollows

Rubi.eot

1

[Proposed] Order (CIV S-08-2549 GGH P)