IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAMON D. RUBIO,** | Case No. CIV S-08-2549 GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondents. | |

IT IS HEREBY ORDERED that the time for filing respondent's responsive pleading is extended through and including April 18, 2009.

Dated: March 2, 2009

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

Rubi2549.eot

1

[Proposed] Order (CIV S-08-2549 GGH P)