IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON D. RUBIO, | No. 2:08-cv-02549-MCE GGH P |
|     Petitioner, | |
|  vs. | ORDER |
| A. HEDGPETH, | |
|     Respondent. | |
|                        / | |

      Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 11, 2009, judgment was entered in this court denying the petition as it was barred by the statute of limitations. On February 21, 2012, petitioner filed a notice of appeal. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R .App. P. 22(b). Federal Rule of Appellate Procedure 22(b) requires the district court judge who rendered a judgment denying such petition to "either issue a certificate of probable cause or state the reasons why such a certificate should not issue."

///

///

1           The timely filing of a notice of appeal is a jurisdictional requirement. <u>Scott v.</u>

2 <u>Younger</u>, 739 F.2d 1464, 1466 (9th Cir. 1984).  Here, the time limit for filing a notice of appeal

3 following entry of judgment is thirty days.  <u>See</u> Fed. R. App. P. 4(a).  Petitioner's notice of

4 appeal in this action was filed approximately two and half years after the entry of judgment, well

5 after the time limit.  Therefore, the court declines to issue a certificate of appealability.

6           IT IS SO ORDERED.

7 Dated: February 29, 2012

                                          MORRISON C. ENGLAND, JR.
                                          UNITED STATES DISTRICT JUDGE